SCWC-14-0001136

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LARRY J. ORTIZ,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001136; S.P.P. NO. 13-1-0036; CR. NO. 88-0459)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's application for writ of certiorari, filed on February 24, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 6, 2016.

Larry J. Ortiz,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

